**FOR THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARLON SOLIS BONILLA, et al.,<br>Defendants. | Case No. 25-cr-00099-JLT-SAB<br>Hon. Jennifer L. Thurston<br>**ORDER UNSEALING ORDER APPOINTING JOHN C. ELLIS JR AS COORDINATING DISCOVERY ATTORNEY** |

It is hereby **ORDERED** that the Court's Order appointing John C. Ellis, Jr. as Coordinating Discovery Attorney, be unsealed.

IT IS SO ORDERED.

Dated: _September 3, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE