ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARLON SOLIS BONILLA,<br><br>Defendant. | Case No. 1:25-CR-00099-JLT-SAB<br><br>**STIPULATION TO SET A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR PRETRIAL DISCOVERY OF PHYSICAL EVIDENCE; ORDER** |

IT IS HEREBY STIPULATED between the parties that the following briefing schedule can be set for the defendant's Motion for Pretrial Discovery of Physical Evidence. ECF 362. The parties agree to the following briefing schedule:

- Government's Response/Opposition due by Friday, December 4, 2026; and
- Defense's Reply due by Friday, December 11, 2026.

The parties request the briefing scheduled agreed upon by the parties be set by the Court and the Motion Hearing can remain as currently set for December 16, 2026, at 1:00 p.m.

Respectfully Submitted,

Dated: November 19, 2026

*/s/ Scott Quinlan*
SCOTT QUINLAN
Attorney for Defendant

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

**ORDER**

Upon the parties' stipulation and for good cause shown, the following briefing schedule can be set for the defendant's Motion for Pretrial Discovery of Physical Evidence:

- Government's Response/Opposition due by **Wednesday, December 2, 2026**; and
- Defense's Reply due by **Wednesday, December 9, 2026**.

The Motion Hearing currently set for December 16, 2026, at 1:00 p.m., before Magistrate Judge Stanley A. Boone, will remain as set.

IT IS SO ORDERED.

Dated: **November 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge